FRANK BOUCHAT *v.* WILLIAM A. SMITH ET AL
[No. 17, October Term, 1938.]

*Decided October 28th, 1938.*

The cause was submitted on briefs to BOND, C. J., UR-NER, OFFUTT, PARKE, SLOAN, MITCHELL, SHEHAN, and JOHNSON, JJ.

*Robert F. Leach,* for the appellant.

*Michael J. Manley,* for the appellee.

URNER, J., delivered the opinion of the Court.